GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA J. RAY,

       Plaintiff,

vs.

TARGET CORPORATION and DOES 1-10, inclusive,

       Defendants.

Case No.: C07 03524 JF PVT

[Monterey County Case No.: M84603]

**PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]**

Complaint Filed: May 16, 2007

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant TARGET STORES, a division of Target Corporation (hereinafter "TARGET"), erroneously sued herein as Target Corporation, hereby removes to this Court the state court action described below.

**I. JURISDICTION**

1. Defendant TARGET is informed and believes that plaintiff Linda J. Ray is a citizen of the State of Nevada, and was at the time of the filing of the Complaint and this Notice of Removal.

2. Defendant TARGET is a Minnesota Corporation, whose principal place of business is Roseville, Minnesota.

3. TARGET is a publicly held corporation whose chairman and chief executive officer is Bob Ulrich.

4. Defendant TARGET is not a citizen of the state in which this action is pending.

5. The matter in controversy exceeds the sum of $75,000.00, exclusive of interest, attorneys' fees and costs.

6. This court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

## GROUNDS FOR REMOVAL

7. On May 16, 2007, a civil action was commenced in the Monterey County Superior Court, Unlimited Jurisdiction, of the State of California, entitled *Linda J. Ray v. Target Corporation, et al.*, Action No. M84603. In said complaint, plaintiff alleges damages arising out of an incident at the Salinas Target store on May 28, 2005. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.

8. Defendant TARGET was served with a copy of said Complaint on June 7, 2007. A true and correct copy of the Proof of Service is attached hereto as **Exhibit B**.

9. Defendant TARGET has not yet filed an answer to plaintiff's unverified complaint.

10. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, and the complaint is one which may be removed to this Court by defendant TARGET pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

11. Defendant TARGET is the only named defendant in this action, and it is informed and believes that no other defendants have been served in this action.

Based on the foregoing, defendant TARGET respectfully requests that this Court accept removal of this action.

DATED: July 6, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

GCT01\408933

-2-

PETITION FOR REMOVAL – [Monterey County Sup. Ct. Case No.: M84603]

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target Corporation

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Linda J. Ray

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**FILED**
MAY 16 2007
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
_____ DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:** *(Número del Caso)* M84603

SUPERIOUR COURT OF CALIFORNIA, COUNTY OF MONTEREY
1200 Aguajito, Monterey, CA 93940

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

William C. Jeanney (Bar # 122585)      Phone No. (775) 335-9999
Bradley, Drendel & Jeanney             Fax No. (775) 335-9993
401 Flint Street, Reno, NV 89501

DATE: MAY 16 2007    LISA M. GALDOS Clerk, by DEIRDRE K. DINEEN , Deputy
*(Fecha)*              *(Secretario)*                              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Target Corporation
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
LexisNexis® Automated California Judicial Council

Exhibit A

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>— William C. Jeanney (State Bar # 122585)<br>Bradley, Drendel & Jeanney<br>401 Flint Street<br>Reno, NV 89501<br>TELEPHONE NO: (775) 335-9999   FAX NO. (Optional): (775) 335-9993<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Linda J. Ray, Plaintiff | 982.1(1)<br>**FOR COURT USE ONLY** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** MONTEREY<br>STREET ADDRESS: 1200 Aguajito<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Monterey 93940<br>BRANCH NAME: Monterey | **FILED**<br>MAY 16 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>_____ DEPUTY |
| PLAINTIFF: Linda J. Ray<br>DEFENDANT: Target Corporation<br>[X] DOES 1 TO 10 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE   [X] OTHER (specify): Premise Liability<br>[ ] Property Damage   [ ] Wrongful Death<br>[X] Personal Injury   [ ] Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | **CASE NUMBER:**<br>M84603 |

1. Plaintiff (name or names): Linda J. Ray

    alleges causes of action against defendant (name or names): Target Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
    a. [ ] except plaintiff (name):
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity (describe):
        (3) [ ] a public entity (describe):
        (4) [ ] a minor [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other (specify):
        (5) [ ] other (specify):
    b. [ ] except plaintiff (name):
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity (describe):
        (3) [ ] a public entity (describe):
        (4) [ ] a minor [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other (specify):
        (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>
Judicial Council of California<br>
982.1(1) [Rev. January 1, 2006]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3<br>
Code of Civil Procedure, § 425.12<br>
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ray v. Target | |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):* Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* ___1-10___ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ray v. Target | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: May 4, 2007

William C. Jeanney
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2006]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

*LexisNexis® Automated California Judicial Council*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ray v. Target | |

___FIRST___  CAUSE OF ACTION—Premises Liability   Page ___4___
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: Linda J. Ray
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*:   May 28, 2005   plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury)*:
This incident happened at Target Corporation, Store number 0676, located at 1640 North Main Street, Salina, California. At the time of this incident Ms. Ray was walking across an aisle to look at shoes. She stepped on popcorn that was on the floor and fell. Ms. Ray landed on her knees and both wrists very hard.

Prem.L-2.  [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: Target Corporation

[ ] Does _____ to _____

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does _____ to _____
Plaintiff, a recreational user, was   [ ] an invited guest.   [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does _____ to _____
a. [ ] The defendant public entity had   [ ] actual   [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.  a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[X] Does ___1___ to ___10___
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b   [ ] as follows *(names)*:

---

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(5)
Optional Form

CAUSE OF ACTION—Premises Liability

CCP 425.12
LexisNexis® Automated California Judicial Council

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
06/08/2007
Log Number 512298091

TO: Carter Leuty
Target Corporation
1000 Nicollet Mall
Minneapolis, MN, 55403-

RE: **Process Served in California**

FOR: Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Linda J. Ray, Pltf. vs. Target Corporation, et al., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint, Case Management Notice, Attachment |
| COURT/AGENCY: | Superior Court of California, County of Monterey, CA<br>Case # M84603 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - On May 28, 2005 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 06/07/2007 at 13:25 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service - file written response // December 20, 2007 at 9:00 a.m. - Case Management Conference |
| ATTORNEY(S) / SENDER(S): | William C. Jeanney<br>Bradley, Drendel & Jeanney<br>401 Flint Street<br>Reno, NV, 89501<br>775-335-9999 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 798693371047 |
| SIGNED:<br>PER:<br>ADDRESS:<br>TELEPHONE: | C T Corporation System<br>Dianne Christman<br>818 West Seventh Street<br>Los Angeles, CA, 90017<br>213-337-4615 |

RECEIVED ON 6/11/07 AT 12:30
VIA Fed Ex   FORWARDED ON
6/11/07 AT 12:30 TO
Sedgwick   BY Sue Corb

Page 1 of 1 / BF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

Exhibit B

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]; CIVIL CASE COVER SHEET**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

William C. Jeanney, Esq.                    **Attorneys for Plaintiff**
Bradley, Drendel & Jeanney
401 Flint Street
Reno, NV  89501
(775) 335-9999  Phone
(775) 335-9993  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 10, 2007.

_____
ALEXINE BRAUN

GCT01\408933

-3-

PETITION FOR REMOVAL – [Monterey County Sup. Ct. Case No.:  M84603]