```
 1  GAIL C. TRABISH, ESQ. (#103482)
    BOORNAZIAN, JENSEN & GARTHE
 2  A Professional Corporation
    555 12th Street, Suite 1800
 3  P. O. Box 12925
    Oakland, CA  94604-2925
 4  Telephone: (510) 834-4350
    Facsimile: (510) 839-1897
 5
    Attorneys for Defendant
 6  TARGET STORES, a division
    of Target Corporation, erroneously
 7  sued herein as Target Corporation
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LINDA J. RAY, | ) Case No.: C07-03524 JF PVT |
| --- | --- |
| Plaintiff, | ) [Monterey County Case No.: M84603] |
| vs. | ) **ANSWER TO UNVERIFIED COMPLAINT** |
| TARGET CORPORATION and DOES 1-10, inclusive, | ) |
| Defendants. | ) Complaint Filed: May 16, 2007 |

COMES NOW Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiff LINDA J. RAY, on file herein, admits, denies, alleges and states the following:

**GENERAL ALLEGATIONS**

1. Answering paragraph 1, this answering defendant admits that Target Stores is a division of Target Corporation.

2. Answering paragraph 2, this answering defendant admits that there are four (4) pages attached.

3. Answering paragraph 3, this answering defendant denies based on lack of information and belief that plaintiff is a competent adult.

4. Answering paragraph 5, this answering defendant states that Target Stores is a

-1-

1  division of Target Corporation and is a Minnesota corporation whose principal place of business is in Minnesota.

2  5.  Answering the allegation in paragraph 6, this answering defendant denies based on lack of information and belief.

3  6.  Answering the allegation in paragraph 8, this answering defendant denies that plaintiff was injured or sustained personal property damage, but admits that the United States District Court has jurisdiction.

4  7.  Answering paragraph 10, this answering defendant admits that there is one (1) cause of action for Premises Liability attached.

5  8.  Answering paragraph 11, this answering defendant denies each and every allegation contained therein.

6  9.  Answering paragraph 14, this answering defendant denies each and every allegation contained therein.

**FIRST CAUSE OF ACTION – Premises Liability**

10.  Answering paragraph Prem. L-1, this answering defendant denies each and every allegation contained therein.

11.  Answering paragraph Prem. L-2, this answering defendant denies each and every allegation contained therein.

12.  Answering paragraph Prem. L-5, this answering defendant denies based on lack of information and belief.

**DEMAND FOR JURY TRIAL**

This answering defendant demands a jury trial.

**AFFIRMATIVE DEFENSES**

**COMES NOW**, Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiff on file herein alleges as follows:

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

-2-

VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that neither the complaint nor any of its alleged causes of action states facts sufficient to constitute a cause of action against this answering defendant.

AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that plaintiff failed to mitigate her alleged damages as required by law.

AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that plaintiff was comparatively at fault in the manner and style as set forth in the case of *Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804, and defendant prays that any and all damages sustained by said plaintiff be reduced by the percentage of her negligence.

AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, this answering defendant is informed and believes and thereon alleges that the damages complained of, if any there were, were proximately contributed to or caused by the carelessness, negligence, fault or defects created by the remaining parties in this action, or by other persons, corporations or business entities unknown to this answering defendant at this time, and were not caused in any way by this answering defendant, or by persons for whom this answering defendant is legally liable.

Should this answering defendant be found liable to plaintiff, which liability is expressly denied, said defendant is entitled to have this award against it abated, reduced or eliminated to the extent that the negligence, carelessness, fault or defects created by the remaining parties in this action, or by said other persons, corporations or business entities, contributed to plaintiff's damages, if any.

AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE

ANSWER TO UNVERIFIED COMPLAINT – [Monterey County Sup. Ct. Case No.: M84603]

1 | **VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION**
2 | **THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff
3 | knew, or in the exercise of ordinary care should have known, of the risks and hazards involved in
4 | the undertaking in which she was engaged, but nevertheless and knowing these things, did freely
5 | and voluntarily consent to assume all the risks and hazards involved in the undertaking.

6 |      **WHEREFORE**, this answering defendant prays as follows:

7 |      1.    That plaintiff take nothing by her complaint and that this answering defendant be
8 | dismissed hence;

9 |      2.    For reasonable attorneys' fees;

10 |      3.    For costs of suit incurred herein; and

11 |      4.    For such other and further relief as the Court deems fit and proper.

12 | DATED: July 6, 2007

                                            BOORNAZIAN, JENSEN & GARTHE
                                            A Professional Corporation

                                            By: _____
                                                 GAIL C. TRABISH, ESQ.
                                                 Attorneys for Defendant
                                                 TARGET STORES, a division
                                                 of Target Corporation, erroneously
                                                 sued herein as Target Corporation

GCT01\408936

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO UNVERIFIED COMPLAINT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| William C. Jeanney, Esq.<br>Bradley, Drendel & Jeanney<br>401 Flint Street<br>Reno, NV 89501<br>(775) 335-9999 Phone<br>(775) 335-9993 Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 6, 2007.

_____
ALEXINE BRAUN

GCT01\408936

-5-

ANSWER TO UNVERIFIED COMPLAINT – [Monterey County Sup. Ct. Case No.: M84603]