1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation, erroneously
7  sued herein as Target Corporation

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  LINDA J. RAY,                         )   Case No.:  C-07-03524 JF
                                          )
12          Plaintiff,                    )   [Monterey County Case No.:  M84603]
                                          )
13  vs.                                   )   **CERTIFICATE OF SERVICE OF**
                                          )   **ORDER SETTING INITIAL CASE**
14  TARGET CORPORATION and DOES 1-10,     )   **MANAGEMENT CONFERENCE AND**
    inclusive,                            )   **ADR DEADLINES**
15                                        )
            Defendants.                   )
16  _____)   Complaint Filed:  May 16, 2007

17                          **CERTIFICATE OF SERVICE**
                                 (28 U.S.C. §1746)
18
        I am employed in the County of Alameda, State of California.  I am over the age of 18
19
    years and not a party to the within action.  My business address is 555 12th Street, Suite 1800,
20
    P. O. Box 12925, Oakland, California 94604-2925.
21
        I am readily familiar with the business practice for collection and processing of
22
    correspondence for mailing with the United States Postal Service.  On the date indicated below, at
23
    the above-referenced business location, I sealed envelopes, enclosing a copy of the **ORDER**
24
    **SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES,**
25
    **WELCOME TO U.S. DISTRICT COURT HANDOUT, ECF REGISTRATION**
26
    **INFORMATION HANDOUT, GENERAL ORDER NO. 40 & 45, NOTICE OF**
27
28
                                             -1-
                    CERTIFICATE OF SERVICE - Case No.:  C-07-03524 JF

**ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION, NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, ORDER OF THE CHIEF JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| William C. Jeanney, Esq.<br>Bradley, Drendel & Jeanney<br>401 Flint Street<br>Reno, NV 89501<br>(775) 335-9999  Phone<br>(775) 335-9993  Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 13, 2007.

_____
ALEXINE BRAUN

GCT01\409585