1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation, erroneously
7  sued herein as Target Corporation

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11  LINDA J. RAY,                        )  Case No.:  C-07-03524 JF
                                         )
12          Plaintiff,                   )  [Monterey County Case No.: M84603]
                                         )
13  vs.                                  )  **CERTIFICATE OF SERVICE OF**
                                         )  **"DISPUTE RESOLUTION**
14  TARGET CORPORATION and DOES 1-10, )  **PROCEDURES IN THE NORTHERN**
    inclusive,                           )  **DISTRICT OF CALIFORNIA"**
15                                       )
            Defendants.                  )
16  _____)  Complaint Filed: May 16, 2007

17                      **CERTIFICATE OF SERVICE**
                             (28 U.S.C. §1746)
18
        I am employed in the County of Alameda, State of California.  I am over the age of 18
19
    years and not a party to the within action.  My business address is 555 12th Street, Suite 1800,
20
    P. O. Box 12925, Oakland, California 94604-2925.
21
        I am readily familiar with the business practice for collection and processing of
22
    correspondence for mailing with the United States Postal Service.  On the date indicated below, at
23
    the above-referenced business location, I sealed envelopes, enclosing a copy of the **"DISPUTE**
24
    **RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA"**,
25
    addressed as shown below, and placed them for collection and mailing following ordinary business
26
    practices to be deposited with the United States Postal Service on the date indicated below:
27
28
                                         -1-

| | | |
|---|---|---|
| 1 | William C. Jeanney, Esq. | **Attorneys for Plaintiff** |
| 2 | Bradley, Drendel & Jeanney<br>401 Flint Street<br>Reno, NV 89501 | |
| 3 | (775) 335-9999 Phone<br>(775) 335-9993 Fax | |

    I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 23, 2007.

_____
ALEXINE BRAUN

GCT01\410130

-2-

CERTIFICATE OF SERVICE - Case No.: C-07-03524 JF