UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA J. RAY

No.  C  07-03524 JF

      Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

      v.

TARGET CORPORATION, et al.

      Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _September 12, 2007_____

_____
Signature

Counsel for _Def. TARGET STORES____
(Plaintiff, Defendant or indicate "pro se")

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

William C. Jeanney, Esq.                          **Attorneys for Plaintiff**
Bradley, Drendel & Jeanney
401 Flint Street
Reno, NV  89501
(775) 335-9999  Phone
(775) 335-9993  Fax

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Oakland, California on September ⎽⎽⎽, 2007.

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Alexine L. Braun

25006\414066

-2-
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No.: C-07-03524 JF