GAIL C. TRABISH, ESQ. (#103482)
gtrabish@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. RAY,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: C-07-03524 JF<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed: May 16, 2007 |

Pursuant to Civil Local Rule 3.16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Dated: September 12, 2007

                                                            BOORNAZIAN, JENSEN & GARTHE
                                                            A Professional Corporation

                                                            By: _____
                                                             GAIL C. TRABISH, ESQ.
                                                             Attorneys for Defendant
                                                             TARGET STORES, a division of
                                                             Target Corporation, erroneously sued
                                                             herein as Target Corporation

25006\414108

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

William C. Jeanney, Esq.  **Attorneys for Plaintiff**
Bradley, Drendel & Jeanney
401 Flint Street
Reno, NV 89501
(775) 335-9999 Phone
(775) 335-9993 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on September 13, 2007.

_____
ALEXINE BRAUN

25006\414108