

1  GAIL C. TRABISH, ESQ. (#103482)
   gtrabish@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation, erroneously
   sued herein as Target Corporation
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  LINDA J. RAY,                          )   Case No.:  C-07-03524 JF
                                           )
          Plaintiff,                       )   **JOINT CASE MANAGEMENT**
13                                         )   **CONFERENCE STATEMENT**
    vs.                                    )
14                                         )   Date: October 5, 2007
    TARGET CORPORATION and DOES 1-10,      )
15  inclusive,                             )
                                           )   Action Filed:  May 16, 2007
16        Defendants.                      )
    _____)

17

18

19        Pursuant to this Court's Order Setting Initial Case Management Conference and ADR

20  Deadlines, the parties jointly submit this status report.  Each party certifies that lead trial counsel

21  have met and conferred in preparation of this report.

22        1.    **JURISDICTION AND SERVICE**

23        28 U.S.C. 1441(b) and 28 U.S.C. 1332.  The incident occurred in Salinas.

24        2.    **FACTS**

25        Plaintiff Linda J. Ray claims to have sustained personal injuries and damages at the Target

26  store located in Salinas, California on May 28, 2005 when she slipped and fell on popcorn on the

27  floor of the store.

28
                                         -1-

3.     **LEGAL ISSUES**

a.     The negligence of defendant.

b.     Whether defendant had notice of a dangerous or defective condition on its premises.

c.     The responsibility of others

d.     The nature and extent of injuries and damages.

e.     Causation of injuries and damages..

4.     **MOTIONS**

There are no motions pending.

5.     **AMENDMENT OF PLEADINGS**

None anticipated.

6.     **EVIDENCE PRESERVATION**

There are 8 Polaroid photographs of the accident site.

7.     **DISCLOSURES**

Plaintiff and Defendant have made timely disclosures pursuant to Fed. R. Civ. P 26.

8.     **DISCOVERY**

Defendant has subpoenaed plaintiff's medical records from plaintiff's known medical providers.  Defendant and plaintiff anticipate propounding a set of interrogatories and request for production of documents within 30 days.

Defendant anticipates noticing the deposition of the plaintiff in November, 2007. Defendant anticipates having plaintiff examined by a local independent medical examiner within 60 days of trial.

9.     **CLASS ACTIONS**

This is not a class action suit.

10.     **RELATED CASE**

There are no known related cases.

11.     **RELIEF**

Monetary damages in an amount according to proof.

-2-

JOINT CASE MANAGEMENT CONF. STATEMENT - Case No.:   C-07-03524 JF

**12.    SETTLEMENT AND ADR**

Plaintiff and Defendant have filed the ADR Certification By Parties and Counsel Certificate. The parties have filed the Stipulation and Order Selecting ADR Process.

**13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Plaintiff and Defendant have consented to proceed before a United States Magistrate Judge.

**14.    OTHER REFERENCES**

The case is not suitable for reference to others at this time.

**15.    NARROWING OF ISSUES**

Not at this time.

**16.    EXPEDITED SCHEDULE**

Not at this time.

**17.    SCHEDULING**

The parties submit the proposed schedule:

Designation of experts:              3/14/08.

Discovery cutoff for non-experts:    3/07/08.

Discovery cutoff for experts:        4/18/08.

Dispositive motions:                 4/18/08.

Pretrial Conference:                 4/25/08.

Trial Date:                          6/23/08.

**18.    TRIAL**

The parties have requested a jury trial. It is expected that the trial will be 5-7 days.

**19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Plaintiff has filed a Certification pursuant to L.R. 3-16. Defendant has filed a Certification pursuant to L.R. 3-16 that there is no such interest to report.

/ / /

/ / /

/ / /

20.    **OTHER MATTERS**

None known.

DATED:    9/13/07

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

DATED:    Sept 13, 2007

BRADLEY, DRENDEL & JEANNEY

By: _____
WILLIAM C. JEANNEY, ESQ.
Attorneys for Plaintiff
LINDA J. RAY

25006\414082

-4-

MASTER - Case No.:    C-07-03524 JF

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

William C. Jeanney, Esq.                     **Attorneys for Plaintiff**
Bradley, Drendel & Jeanney
401 Flint Street
Reno, NV  89501
(775) 335-9999  Phone
(775) 335-9993  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on September 13 , 2007.

_____
Alexine L. Braun

JOINT CASE MANAGEMENT CONF. STATEMENT - Case No.:  C-07-03524 JF