William C. Jeanney, Esq.
Nevada State Bar No. 01235
BRADLEY, DRENDEL & JEANNEY
401 Flint Street
Reno, Nevada 89501
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. RAY,<br><br>   Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and DOES 1-10, inclusive,<br><br>   Defendants.<br>_____/ | Case No. C 07 03524 JF<br><br>**CERTIFICATE AS TO INTERESTED PARTIES** |

COMES NOW Plaintiff, LINDA J. RAY, by and through her counsel of record, William C. Jeanney, Esq. of BRADLEY, DRENDEL & JEANNEY, LTD., and pursuant to Local Rule 3-16, hereby certifies that there are no known parties interested in the outcome of this case, other than those listed participants.

These representations are made to enable the judges of the courts to evaluate any possible recusal.

Dated this ____ day of September 2007.

              BRADLEY, DRENDEL & JEANNEY

              By:_____
                 William C. Jeanney, Esq.

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NV 89501
(775) 335-9999

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of BRADLEY, DRENDEL & JEANNEY, LTD., and that on this _13th_ day of September 2007, I served a true and correct copy of the foregoing document by:

**Electronic Filing.**

Gail C. Trabish, Esq.
Boornazian, Jensen & Garthe, P.C.
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925
Attorney for: Target Corporation

_/s/ Reva S. Archer_
Reva S. Archer
Employee of Bradley, Drendel & Jeanney

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NV 89501
(775) 335-9999

-2-
CERTIFICATE AS TO INTERESTED PARTIES - C 07 03524 JF