1 William C. Jeanney, Esq. (#122585)
BRADLEY, DRENDEL & JEANNEY
2 401 Flint Street
Reno, Nevada 89501
3 Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
4
*Attorneys for Plaintiff*
5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8
LINDA J. RAY,                              Case No. C 07 03524 JF
9
                    Plaintiff,             **ADR CERTIFICATION BY PARTIES AND**
10                                         **COUNSEL**

v.
11
TARGET CORPORATION and DOES
12 1-10, inclusive,

13                    Defendants.

14

15     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersign certifies that he
or she has:
16
       (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of*
17 *California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies
are available from the clerk's office for parties in cases not subject to the court's Electronic Case*
18 *Filing program (ECF) under General Order 45)*:

19     (2) Discussed the available dispute resolution options provided by the Court and private
entities; and
20
       (3) Considered whether this case might benefit from any of the available dispute resolution
21 options.

22 Dated this 13th day of September 2007.        _Linda Ray_
                                                Linda Ray, Plaintiff
23

24

25 Dated this 13th day of September, 2007.        _____
                                                William C. Jeanney, Esq.
26

27

28

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NV 89501
(775) 335-9999