**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **LINDA J. RAY,** | NO. CV-07-3524-JF/PVT |
| Plaintiff, | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A MAGISTRATE JUDGE** |
| vs. | |
| **TARGET CORPORATION,** | |
| Defendant. | |

The Clerk of this Court will now reassign this case to a Magistrate Judge pursuant to the Consents to Proceed before a United States Magistrate Judge filed on 9/13/07 wherein the parties stipulated to have the case reassigned to a Magistrate Judge for all purposes.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter will be set before the assigned Magistrate Judge. The Case Management Conference set before Judge Jeremy Fogel is vacated.

Dated: September 21, 2007

RICHARD W. WIEKING,
Clerk of Court

/s/
Diana Munz
Deputy Clerk