**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LINDA J. RAY,                                           C 07-3524 PVT

    *Plaintiff(s),*

                                  **CLERK'S NOTICE SCHEDULING**
                                  **CASE MANAGEMENT CONFERENCE**

vs.

TARGET CORP.,

    *Defendant(s).*

_____

Please take notice that a Case Management Conference is scheduled for **October 16 , 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**    Parties are to file a Joint Case Management Conference Statement on or before October 9, 2007.  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: September 27, 2007          /s/ Corinne Lew
                                        _____
                                        Corinne Lew
                                        DEPUTY CLERK