# PRINCE LAW & MEDIATION

Patricia Prince                                             Tel: (415) 383-8001
Attorney at Law                                             Fax: (415) 381-0474
775 E. Blithedale Ave., #130                        patricia@PrinceMediation.com
Mill Valley, California 94941                          www.PrinceMediation.com

Oct. 2, 2007


William Charles Jeanney
Bradley Drendel & Jeanney
401 Flint Street
P.O. Box 1987
Reno, NV 89505

Gail C. Trabish
Boornazian Jensen & Garthe
1800 Harrison Street, 25th Floor
P.O. Box 12925
Oakland, CA 94604-2925

     Re:  Mediation of Ray v. Target Corporation

Dear Counsel:

     As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  Please be sure to review carefully ADR L.R. 6 which governs the Mediation program.

     By way of introduction, I am a private mediator, offering dispute resolution services in San Francisco, Marin County and the greater Bay Area.  My practice encompasses disputes in the areas of employment law, business transactions, partnership disputes and fiduciary law, as well as premises liability and personal injury cases.  I have been a civil litigator for over 15 years, practicing in the areas of securities, anti-trust, intellectual property, employment and general contract law for the investment, media, entertainment and high tech industries, among others.  I have represented domestic and international clients in both state and federal courts.  I continue to practice law on a part-time basis, although my primary focus since 2001 has been my mediation practice.  I received my J.D. from the University of San Francisco School of Law and my B.A. from Stanford University.  I serve as a mediator panelist for various Courts and am active in several mediation and legal associations.  Please refer to my website at www.PrinceMediation.com for further information regarding Prince Law & Mediation.

     Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

US District Court ADR Program
October 2, 2007
Page 2 of 2

- The procedures to be followed;

- The nature of the case;

- Appropriate dates for the mediation and anticipated length of the session;

- The parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;

- Ideas to improve the effectiveness of the mediation session, as well as matters that could pose impediments;

- Requirements for your written mediation statements;

- The court's rules regarding compensation of mediators;

- Any questions you might have about how I normally conduct mediations; and

- Any questions you might have about the mediation program

I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for 10:30 a.m. on Tuesday, October 23, 2007. *Please call or e-mail my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.*

Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is December 17, 2007, based on the current scheduling order.

My conflicts check revealed no actual or potential conflicts of interest under 28 USC §455 (a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

                                          Sincerely,

                                          Patricia Prince

cc:     Clerk's Office-ADR Unit