# PRINCE LAW & MEDIATION

Patricia Prince                                                                                       Tel: (415) 383-8001
Attorney at Law                                                                                    Fax: (415) 381-0474
775 E. Blithedale Ave., #130                                                         patricia@PrinceMediation.com
Mill Valley, California 94941                                                            www.PrinceMediation.com

Oct. 4, 2007

William Charles Jeanney
Bradley Drendel & Jeanney
401 Flint Street
P.O. Box 1987
Reno, NV 89505

Gail C. Trabish
Boornazian Jensen & Garthe
1800 Harrison Street, 25th Floor
P.O. Box 12925
Oakland, CA 94604-2925

      Re:  Mediation of Ray v. Target Corporation

Dear Counsel:

      This confirms that we have changed the date and time of our telephone conference to Thursday, October 25, 2007, at 3:00 p.m.  I will initiate the conference call.  As I mentioned in my last letter, we will discuss the following:

- The procedures to be followed;

- The nature of the case;

- Appropriate dates for the mediation and anticipated length of the session;

- The parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;

- Ideas to improve the effectiveness of the mediation session, as well as matters that could pose impediments;

- Requirements for your written mediation statements;

- The court's rules regarding compensation of mediators;

US District Court ADR Program
October 4, 2007
Page 2 of 2

- Any questions you might have about how I normally conduct mediations; and

- Any questions you might have about the mediation program

    I anticipate that the telephone conference will last approximately one-half hour.  Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted.  The final date that the mediation can be held is December 17, 2007, based on the current scheduling order.

    I look forward to speaking with you on October 25.

                                      Sincerely,


                                      Patricia Prince

cc:    Clerk's Office-ADR Unit