UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 10/16/07

Court Reporter: FTR     Clerk: C. Lew

Case No: C 07-3524 PVT     Case Title: Linda J. Ray   vs.  Target Corp.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| William C. Jeanney (by telephone) | Gail Trabish |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial     [ ] Status     [ ] Discovery
                        [ ] Settlement  [ ] Final
                        [ ] Other       **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted          [ ] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed [ ] Not Settled

[ ] Granted in part, denied in part         [ ] Off Calendar


[ X ] Pretrial Conference Set for 5/20/08 at 2:00 p.m.; Jury Trial set for 6/23/08 at 9:00 a.m.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff     [ ] Defendant     [ X ] Court     [ ] Court w/opinion