UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LINDA J. RAY | ) | Case No.: C 07-3524   PVT |
| | ) | |
| Plaintiff, | ) | **CASE MANAGEMENT** |
| | ) | **CONFERENCE ORDER** |
| v. | ) | |
| | ) | |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On October 16, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 7, 2008

| | |
|---|---:|
| Opening Designation of Experts with Reports | March 14, 2008 |
| Designation of Rebuttal Experts with Reports | April 11, 2008 |
| Expert Discovery Cutoff | May 2, 2008 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on April 22, 2008 |
| Final Pretrial Conference | 2:00 p.m. on May 20, 2008 |
| Trial | 9:00 a.m. on June 23, 2008 |

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: October 16, 2007

*(signature)*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."