1  GAIL C. TRABISH, ESQ. (#103482)
   gtrabish@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division
7  of Target Corporation, erroneously
   sued herein as Target Corporation
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11
   LINDA J. RAY,                    )  Case No.:  C-07-03524 JF
12                                   )
          Plaintiff,                 )  [PROPOSED] ORDER ALLOWING
13                                   )  DEFENDANT TARGET STORES'
   vs.                               )  CLAIMS REPRESENTATIVE TO
14                                   )  APPEAR BY TELEPHONE AT
   TARGET CORPORATION and DOES 1-10, )  MEDIATION PURSUANT TO LOCAL
15 inclusive,                        )  RULE 6.9(d)
                                     )
16        Defendants.                )
                                     )
17 _____ )  Action Filed:  May 16, 2007

18
        IT IS HEREBY ORDERED:
19
        Defendant Target Stores, a division of Target Corporation, is hereby allowed to have its
20
   claims representative appear by telephone at the mediation on December 14, 2007.
21

22
   Dated: _____, 2007
23

24

25
                                                _____
26 25006\417654                                  MAGISTRATE JUDGE
                                                PATRICIA V. TRUMBULL
27
                                        -1-
28 _____
   [PROPOSED] ORDER ALLOWING DEF. TARGET STORES' CLAIMS REP. TO APPEAR BY PHONE AT
                      MEDIATION – Case No.:  C-07-03524 JF

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **[PROPOSED] ORDER ALLOWING DEFENDANT TARGET STORES' CLAIMS REPRESENTATIVE TO APPEAR BY TELEPHONE AT MEDIATION PURSUANT TO LOCAL RULE 6.9(d)**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| William C. Jeanney, Esq.<br>Bradley, Drendel & Jeanney<br>401 Flint Street<br>Reno, NV 89501<br>(775) 335-9999 Phone<br>(775) 335-9993 Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on October 26, 2007.

_____
ALEXINE BRAUN

25006\417654

-2-