Case 5:07-cv-03524-PVT    Document 26    Filed 10/26/2007    Page 1 of 2



**Boornazian, Jensen & Garthe**
A Professional Corporation

555 12th Street, Suite 1800
P.O. Box 12925
Oakland, California 94604-2925
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

Gail C. Trabish
gtrabish@bjg.com

October 26, 2007

<u>VIA EMAIL & U.S. MAIL</u>

U.S. Magistrate Judge Patricia V. Trumbull
U.S. District Court - Northern
San Francisco Branch
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re: Linda J. Ray v. Target
U.S. District Court Case No.: C-07-03524 JF PVT
Our File No.: SEDGWI 25006

Dear Magistrate Judge Trumbull:

This letter will serve as Defendant Target Stores', a division of Target Corporation, request to have its claims representative appear by phone at the mediation in this matter. This request is being made pursuant to Local Rule 6.9(d). Mediation in this matter is currently scheduled to take place before Mediator Patricia Prince on December 14, 2007.

The claims of Target Stores, a division of Target Corporation, are administered through Sedgwick Claims Management Services in Minneapolis, Minnesota. For a number of years, I have represented Target Stores where claims had been administered by Sedgwick Claims Management Services and have an excellent rapport with them. On the many previous occasions, the claims representatives from Sedgwick Claims have participated by phone during mediations in State and Federal Court and mandatory settlement conferences in State Court. There has been no impediment to settlement due to their participation by phone. The claims person assigned in this matter has agreed to be available phone during the entire mediation, including hours after his normal work hours.

As a result of this slip and fall case, plaintiff has alleged medical specials in the amount of $90,000, a majority of which has been written off by her insurance carrier. Plaintiff also claims approximately $500 in lost wages.

U.S. Magistrate Judge Patricia V. Trumbull
October 26, 2007
Page 2

Both plaintiff's counsel and the mediator have agreed to proceed with the mediation with the claims person participating by phone.

Attached is a proposed order allowing Sedgwick Claims Management Services' claims person to appear by phone during the mediation on December 14, 2007. I request that it be executed.

If you have any questions regarding the above, please do not hesitate to contact me.

                                                Sincerely,

                                                BOORNAZIAN, JENSEN & GARTHE

                                                Gail C. Trabish

GCT:alb
Encl.

cc:    Patricia Prince, Mediator
       William C. Jeanney, Esq.
       ADR Magistrate Judge
       ADR Unit

25006\417648