GAIL C. TRABISH, ESQ. (#103482)
gtrabish@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. RAY,<br><br>      Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: C-07-03524 PVT<br><br>**[PROPOSED] ORDER ALLOWING DEFENDANT TARGET STORES' CLAIMS REPRESENTATIVE TO APPEAR BY TELEPHONE AT MEDIATION PURSUANT TO LOCAL RULE 6.9(d)**<br><br>Action Filed: May 16, 2007 |

IT IS HEREBY ORDERED:

Defendant Target Stores, a division of Target Corporation, is hereby allowed to have its claims representative appear by telephone at the mediation on December 14, 2007.

Dated: _____, 2007

_____
MAGISTRATE JUDGE
PATRICIA V. TRUMBULL

25006\417654

-1-
[PROPOSED] ORDER ALLOWING DEF. TARGET STORES' CLAIMS REP. TO APPEAR BY PHONE AT MEDIATION – Case No.: C-07-03524 PVT

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **[PROPOSED] ORDER ALLOWING DEFENDANT TARGET STORES' CLAIMS REPRESENTATIVE TO APPEAR BY TELEPHONE AT MEDIATION PURSUANT TO LOCAL RULE 6.9(d)**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| William C. Jeanney, Esq.<br>Bradley, Drendel & Jeanney<br>401 Flint Street<br>Reno, NV 89501<br>(775) 335-9999 Phone<br>(775) 335-9993 Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on October 26, 2007.

_____
ALEXINE BRAUN

25006\417654

-2-

[PROPOSED] ORDER ALLOWING DEF. TARGET STORES' CLAIMS REP. TO APPEAR BY PHONE AT MEDIATION – Case No.: C-07-03524 PVT