GAIL C. TRABISH, ESQ. (#103482)
gtrabish@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. RAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: C-07-03524 JF PVT<br><br>[PROPOSED] ORDER ALLOWING DEFENDANT TARGET STORES' CLAIMS REPRESENTATIVE TO APPEAR BY TELEPHONE AT MEDIATION PURSUANT TO LOCAL RULE 6.9(d)<br><br>Action Filed: May 16, 2007 |

IT IS HEREBY ORDERED:

Defendant Target Stores, a division of Target Corporation, is hereby allowed to have its claims representative appear by telephone at the mediation on December 14, 2007.

Dated: _October 30_, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　Wayne D. Brazil

25006\417654

-1-
[PROPOSED] ORDER ALLOWING DEF. TARGET STORES' CLAIMS REP. TO APPEAR BY PHONE AT MEDIATION – Case No.: C-07-03524 JF PVT