# PRINCE LAW & MEDIATION

Patricia Prince  Tel: (415) 383-8001
Attorney at Law  Fax: (415) 381-0474
775 E. Blithedale Ave., #130  patricia@PrinceMediation.com
Mill Valley, California 94941  www.PrinceMediation.com

October 30, 2007

<u>VIA REGULAR MAIL AND E-MAIL</u> (without enclosure)

William Charles Jeanney
Bradley Drendel & Jeanney
401 Flint Street
P.O. Box 1987
Reno, NV 89505

Gail C. Trabish
Boornazian Jensen & Garthe
1800 Harrison Street, 25th Floor
P.O. Box 12925
Oakland, CA 94604-2925

      Re:  Mediation of Ray v. Target Corporation

Dear Counsel:

      This will confirm that we have scheduled the mediation in this case for **December 14, 2007**. We will meet at the offices of **Boornazian Jensen & Garthe, 1800 Harrison Street, 25th Floor, Oakland**, California, **beginning at 10 a.m.** and continuing as long as we are making progress.

      We agreed that the written statements described in ADR L.R. 6-7 will be exchanged and delivered to my office 10 days before the mediation. I would prefer to receive your statements via U.S. mail. Alternatively, your statements may be delivered via e-mail in Word or PDF format or via facsimile on the due date; however, please send exhibits for delivery the following day via overnight mail. If you think it would be helpful to the mediation process, I also invite you to submit to me -- but not exchange -- confidential statements relating, for example, to obstacles to or options for settlement or other information you believe would be helpful in resolving this case.

      As we discussed, plaintiff Linda Ray will attend in person with plaintiff's counsel Bill Jeanney. Assuming Defendant's request to appear by telephone is approved by Magistrate Judge Trumbull, Jason Hernesman, the insurance representative for defendant Target Corporation's carrier, will attend the mediation via telephone, with defense counsel Gail Trabish attending in

US District Court ADR Program
October 30, 2007
Page 2 of 2

person. We also agreed that Mr. Hernesman will be an active participant in and be available at all times during the mediation.

      Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

      As we discussed, I will check in with counsel for both parties a few days prior to the mediation to see if there are any issues that have arisen of which I should be made aware. As we also discussed, under ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation. If the case is not resolved and you agree to continue, I will charge the court-set rate of $200 per hour for the next four hours. After eight hours of session time, I will charge my normal hourly rate of $300 per hour.

      I also enclose a copy of the court's standard confidentiality agreement which I will expect all participants to sign at the outset of the session. Please review this agreement with your clients and contact me right away if you have questions or concerns about this form.

      I look forward to working with you and your clients.

      Sincerely yours,

      / s /

      Patricia Prince

cc:    Clerk's Office - ADR Unit
Enclosure