**FILED**

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ray, | No. C 07-03524 JF MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Target Corporation, | |
| Defendant(s). | |

_**Instructions**: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file._

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __Dec. 14, 2007__

2.  Did the case settle?    ☒ fully    ☐ partially    ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __Dec. 20, 2007__    _Patricia Prince_

Mediator, Patricia Prince
Prince Law & Mediation
775 E. Blithdale Ave., #130
Mill Valley, CA 94941

Certification of ADR Session
07-03524 JF MED