```
 1  GAIL C. TRABISH, ESQ. (#103482)
    gtrabish@bjg.com
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  Attorneys for Defendant
    TARGET STORES, a division
 7  of Target Corporation, erroneously
    sued herein as Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. RAY,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  C-07-03524 PVT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br><br>Action Filed: May 16, 2007 |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above referenced action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: December 27th, 2007



BRADLEY, DRENDEL & JEANNEY

By: _____
WILLIAM JEANNEY, ESQ.
Attorneys for Plaintiff
LINDA J. RAY

-1-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON - Case No.:  C-07-03524 PVT

DATED: December 20, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

## ORDER

Pursuant to stipulation, it is so ordered.

_____
United States Magistrate Judge
PATRICIA V. TRUMBULL

25006\421824

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

William C. Jeanney, Esq.  **Attorneys for Plaintiff**
Bradley, Drendel & Jeanney
401 Flint Street
Reno, NV  89501
(775) 335-9999  Phone
(775) 335-9993  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on January 4, 2008.

_____
Alexine L. Braun

25006\421824